

| JOSE DEMETRIO PINEDA, | § | No. 08-21-00142-CR |
| | | |
| Appellant, | § | Appeal from the |
| | | |
| v. | § | 109th District Court |
| | | |
| THE STATE OF TEXAS, | § | Of Winkler, Texas |
| | | |
| Appellee. | § | (TC# 5462) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 29TH DAY OF JUNE, 2022.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.